UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD LIONEL DYSON, | ) | CASE NO. C05-1500-MJP-MAT |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER DENYING PETITIONER'S |
| REED HOLTGEERT, | ) ) | MOTION FOR APPOINTMENT OF COUNSEL |
| Respondent. | ) ) | |

This matter comes before the Court on petitioner's application for appointment of counsel. The Court, having reviewed petitioner's application, and the balance of the record, does hereby find and ORDER as follows:

(l)   Petitioner's application for appointment of counsel is DENIED. There is no constitutional right to counsel in federal habeas proceedings. *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1991). The Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A. However, petitioner fails to satisfy the Court that the interests of justice are best served by appointment counsel at this juncture.

/ / /

/ / /

/ / /

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -1

01     (2)    The Clerk shall direct copies of this Order to petitioner and to the Hon. Marsha J.
02 Pechman.

03     DATED this  26th  day of  September , 2005.

                                              _____
                                              Mary Alice Theiler
                                              United States Magistrate Judge

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2