UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LIONEL DYSON, ) | CASE NO. C05-1500-MJP-MAT |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER NOTING HABEAS |
| ) | PETITION ON COURT'S |
| REED HOLTGEERTZ, ) | CALENDAR FOR CONSIDERATION |
| ) | |
| Respondent. ) | |
| _____ ) | |

On August 31, 2005, petitioner submitted to this Court for review a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court subsequently ordered service of the petition on respondent, and respondent filed an answer to the petition on November 4, 2005. On November 21, 2005, the Court received from petitioner a letter requesting that respondent's answer be mailed to him at his current place of confinement because he had yet to receive a copy. It appears that a copy of the answer was mailed to petitioner at the Washington Corrections Center on November 23, 2005.

Because respondent failed to note his answer for consideration as directed in this Court's September 26, 2005, Service Order, and because petitioner only recently received a copy of

ORDER NOTING HABEAS PETITION ON
COURT'S CALENDAR FOR CONSIDERATION
PAGE -1

respondent's answer, the Court does hereby ORDER as follows:

(1) Petitioner may file and serve any response to respondent's answer not later than ***January 9, 2006***.

(2) This matter is NOTED on the Court's calendar for consideration on ***January 13, 2006***.

(3) The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to the Hon. Marsha J. Pechman.

DATED this  8th  day of  December , 2005.

Mary Alice Theiler
United States Magistrate Judge

ORDER NOTING HABEAS PETITION ON
COURT'S CALENDAR FOR CONSIDERATION
PAGE -2