UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD LIONEL DYSON, | ) | CASE NO. C05-1500-MJP |
| Petitioner, | ) | |
| v. | ) | |
| REED HOLTGEERT, | ) | ORDER DISMISSING § 2254 PETITION WITHOUT PREJUDICE |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's federal habeas petition and this action are DISMISSED, without prejudice, for failure to exhaust state remedies; and,

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _27th_ day of ___February_____, 2006.

*[signature]*

Marsha J. Pechman
U.S. District Judge