# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD LIONEL DYSON,

    Petitioner,

v.

REED HOLTGEERT,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C05-1500-MJP

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Report and Recommendation is adopted and approved. Petitioner's federal habeas petition and this action are DISMISSED without prejudice for failure to exhaust state remedies.

    Dated this ___27th _ day of ___February_____, 2006.

    _____BRUCE RIFKIN_____
    Clerk

    _____/s Mary Duett_____
    Deputy Clerk